No. D–1904. IN RE DISBARMENT OF QUINT. Hillard Jay Quint, of Atlanta, Ga., is suspended from the practice of law in this Court,

and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.